for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ In the Matter of REGINALD MCFADDEN, Petitioner, v ALBERT PRACK, Director, Special Housing/Inmate Disciplinary, Respondent. [945 NYS2d 588]—Motion for reconsideration denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.

■ In the Matter of ERIC J. KOCH, D.O., Respondent, v JAMES G. SHEEHAN, New York State Medicaid Inspector General, Appellant. [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.

■ JOSEPH TUPPER, as President and on Behalf of SYRACUSE PROPERTY OWNERS ASSOCIATION, et al., Appellants, v CITY OF SYRACUSE et al., Respondents. [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.

■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE THRU-WAY AUTHORITY et al., Respondents. (Claim No. 116804-A.) (Appeal No. 1.) [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.

■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE THRU-WAY AUTHORITY et al., Respondents. (Claim No. 116804-A.) (Appeal No. 2.) [945 NYS2d 588]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.

■ ELLEN J. GALLAGHER, Respondent-Appellant, v EDWARD R. GALLAGHER, Appellant-Respondent. (Appeal No. 1.) [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of PUTNAM COMPANIES, Doing Business as ACORN MARKETS, INC., Petitioner, v NIRAV R. SHAH, M.D., M.P.H., Commissioner, New York State Department of Health, Respondent. [945 NYS2d 587]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of JOHN B. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JULIE W., Appellant. [945 NYS2d 588]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.